# EXHIBIT 1

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☐ FEPA<br>☒ EEOC | CHARGE NUMBER<br>440-2007-03272 |
|---|---|---|

Illinois Dept. of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Include Mr., Ms., Mrs.)<br>Mr. Raymond Rowe | HOME TELEPHONE (Include Area Code)<br>(847) 693-9888 | |
|---|---|---|
| STREET ADDRESS<br>3040 8th Street | CITY, STATE AND ZIP CODE<br>Waukegan, IL 60085 | DATE OF BIRTH<br>04/07/1955 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME<br>Poter Construction and Development Corporation | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE (Include Area Code)<br>(773) 693-7700 |
|---|---|---|
| STREET ADDRESS<br>5440 N. Cumberland Ave #301 | CITY, STATE AND ZIP CODE<br>Chicago, IL 60641 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):<br>☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEA/EPA)     LATEST (ALL)<br>06/2006<br>☒ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. I began my employment with Respondent in March 2003. I was hired as a Construction Superintendent, but was eventually demoted to a laborer. I had two decades of construction experience.

II. I was subjected to discrimination based upon my race, black, and my national origin, Jamaican, by Respondent managers, including, but not limited to, Gary Poter, Dave Mack, Costel Diaconu, and Jim Koback. The discrimination included failing to promote me while other less experienced and less qualified white employees were hired as construction superintendents and terminating me based upon my race, black, and national origin, Jamaican. I was also paid less than my white counterparts.

III. I complained about the discrimination to Gary Poter and Costel Diaconu, but nothing was done to curb the behavior. I was retaliated against by being passed over for a promotion, Construction Superintendent, while other less qualified and less experienced white employees were hired for that position. I was subsequently laid off in June 2006. I was the only construction worker laid off.

RECEIVED
FEB 21 2007
CHICAGO DIS

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY (when necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT
Raymond O. Rowe

DATE
02-07-07

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

OFFICIAL SEAL
ERIN E BUCK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/27/09