AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Raymond Rowe

V.

Potter Construction & Development Company

CASE NUMBER: 08 C 1362

ASSIGNED JUDGE: Marovich

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Potter Construction & Development Company
c/o MS Registered Agent Services I
191 N. Wacker Drive, Ste. 1800
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Eugene Hollander
33 N. Dearborn, Suite 2300
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

3-10-2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/10/08 |
| NAME OF SERVER (PRINT) Aurelio Aguilar | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

**G  Other (specify):** Corporation Served via Registered Agent @ 191 N. Wacker, STE. 1800 Chicago IL 60606

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/10/08
              Date          Signature of Server /s/ Aurelio Aguilar

Address of Server: 33 N. Dearborn, STE 2300 Chicago IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.