UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ROWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1362 |
| | ) | |
| POTER CONSTRUCTION & DEVELOPMENT, | ) | Judge Marovich |
| an Illinois corporation | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

## INITIAL STATUS REPORT

Pursuant to this Court's order, the Plaintiff, Raymond Rowe, by his attorneys, the Law Offices of Eugene K. Hollander, submits the following Initial Status Report, Defendant not yet having filed an appearance:

**A.** This matter is set for status on May 6, 2008 at 11:00 a.m.

**B.** **Attorneys of Record**

<u>For Plaintiff</u>

Eugene K. Hollander (trial attorney)
Paul W. Ryan (trial attorney)
The Law Offices of Eugene K. Hollander
33 N. Dearborn, Ste. 2300
Chicago, IL 60602

<u>For Defendants</u>

Defendant was served on March 10, 2008, but no attorney has filed an appearance on its behalf.

**C.** **Jurisdictional Basis**

This suit is based upon federal questions, 28 U.S.C. §1331

**D.** Plaintiff has requested a jury trial.

**E.    Nature of the case:**

Plaintiff is a black male of Jamaican national origin. In March 2003, Plaintiff was hired by Defendant as a Construction Superintendent. He was the only black Construction Superintendent employed by Defendant. He was also the only Construction Superintendent of Jamaican national origin employed by Defendant.

Plaintiff was demoted to the position of a general laborer, with a decrease in salary, due to an alleged slow down in business. Plaintiff was advised that, when business picked up, he would be restored to his previous position. However, from 2004 through 2006, Defendant hired white non-Jamaican Construction Superintendents at higher rates of salary than what Plaintiff had been earning as a Construction Superintendent. Defendant also gave raises to white Construction Superintendents during this time period.

Plaintiff complained to the owner of the company and his supervisors that white non-Jamaican individuals were being promoted before him despite his superior experience and qualifications. On or about June 26, 2006, Plaintiff's employment was terminated.

Based on the facts above, Plaintiff has alleged claims of race and national origin discrimination, as well as retaliation, under Title VII and 42 U.S.C. § 1981.

**F.    Damages sought by Plaintiff:**

Plaintiff seeks back pay, front pay, reasonable attorneys' fees and costs, as well as compensatory and punitive damages.

**G.**    The Defendant, Poter Construction & Development Company was served on March 10, 2008. No attorney has filed an appearance on its behalf.

The company was dissolved in November 2007. However, according to the Illinois Secretary of State's website, the company's registered agent was not changed until March 24, 2008, after Plaintiff served it with the summons and complaint.

The registered agent is currently listed as "Vacant" on the Secretary of State's website.

**H.**    Plaintiff intends to file a motion for default judgment.

**I.**    At this time, no discovery has been taken by either party.

Plaintiff proposes that, in the event that Defendant files an appearance, the parties be given 150 days to complete written and oral fact discovery.

   Plaintiff requests that expert discovery be postponed until after rulings on any and all dispositive motions.

**J.** Plaintiff anticipates that the parties will be ready for trial 90 days after rulings on any and all dispositive motions. Plaintiff believes that a trial in this case would last 3 days.

**K.** The parties have not discussed settlement.

**L.** As no one has appeared for Defendant, the parties have not conferred about whether they would consent to proceed before a magistrate judge.

           Respectfully Submitted,

           Raymond Rowe,
           Plaintiff


      By: s/ Paul W. Ryan
         One of his attorneys

Eugene K. Hollander
Paul W. Ryan
The Law Offices of Eugene K. Hollander
**33 N. Dearborn, Ste. 2300**
Chicago, IL 60602
(312) 425-9100

## CERTIFIFICATE OF SERVICE

  The undersigned, an attorney, certifies that he caused a copy of the foregoing **Initial Status Report** to be served upon the following by placing same, proper postage prepaid, in a U.S. Mail depository located at 33 N. Dearborn on this 29th day of April 2008 before 5:00 p.m.:

    Poter Construction & Development Company
    5440 N. Cumberland, # 301
    Chicago, IL 60641
    (last known address of Defendant)

    Poter Construction & Development Company
    c/o MS Registered Agent Services I
    191 N. Wacker Drive, Ste. 1800
    Chicago, IL 60606

           s/ Paul W. Ryan