## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ROWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1362 |
| | ) | |
| POTER CONSTRUCTION & DEVELOPMENT, | ) | Judge Marovich |
| an Illinois corporation | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

NOW COMES the Plaintiff, Raymond Rowe, by and through his attorneys, the

Law Offices of Eugene K. Hollander, and for his Motion For Default Judgment, states as

follows:

### BACKGROUND

1.      This is an employment discrimination case wherein the Plaintiff alleges

claims of race discrimination, national origin discrimination and retaliation pursuant to

Title VII of the Civil Rights Act of 1964.  Plaintiff also alleges claims of race

discrimination and retaliation pursuant to 42 U.S.C. § 1981.

2.      Plaintiff filed his Complaint on March 6, 2008.

3.      On March 10, 2008, Plaintiff served the summons and Complaint upon the

Registered Agent for Defendant.  See Summons and Return of Service, attached hereto as

Exhibit 1.

4.      The Defendant is a dissolved corporation.  The registered agent for

Defendant is currently listed as "Vacant" on the Illinois Secretary of State's website.

However, according to the Secretary of State's website, Defendant's registered agent was

not changed until March 24, 2008, after Plaintiff served the summons and Complaint upon it[1].

5.      Defendant has not appeared through counsel or filed a pro-se appearance.

6.      On April 29, 2008, Plaintiff filed an Initial Status Report with this Court stating that Plaintiff intended to file a Motion For Default Judgment.  Plaintiff mailed copies of the Initial Status Report to Defendant at its last known address and also to Defendant's former Registered Agent.

7.      As of the date of filing this motion, Defendant has not contacted Plaintiff's counsel.

## ARGUMENT

8.      This Court should enter a default judgment against the Defendant. Plaintiff recognizes that a default judgment is a harsh sanction that should be used sparingly.  Nevertheless, in view of the expanding caseloads, courts have become more tolerant of default judgments "to ensure that litigants who are vigorously pursuing their cases are not hindered by those who are not." Johnson v. Gudmundsson, et al., 35 F.3d 1104, 1117 (7th Cir. 1994), quoting Stevens v. Greyhound Lines, Inc., 710 F.2d 1224, 1230 (7th Cir. 1983).

9.      Defendant was properly served in this case but has failed to appear or answer.  As such, the entry of a default judgment is appropriate.  See O'Brien v. R.J.

---

[1] Pursuant to the Illinois Business Corporations Act, a dissolution shall not take away or impair any civil remedy against the dissolved corporation for any right or claim existing prior to the dissolution, if action thereon is commenced within five years after the date of dissolution. See 805 ILCS 5/12.80.  Under 805 ILCS 5/5.50, "in the event of a dissolution of a corporation, either voluntary, administrative, or judicial, the registered agent…of the corporation on record with the Secretary of State on the date of the issuance of the certificate or judgment of dissolution shall be an agent of the corporation upon whom claims can be served or service of process can be had during the five year post-dissolution period provided in Section 12.80 of [the] Act, unless such agent resigns or the corporation properly reports a change of registered office or registered agent."

O'Brien & Assoc., Inc., 998 F.2d 1394, 1398 (7th Cir. 1993) (where party failed to file answer).

## DAMAGES AND THE JUDGMENT AMOUNT

10.    Plaintiff was subjected to race and national origin discrimination, as well as retaliation, when he was demoted and ultimately terminated by Defendant.

11.    Plaintiff began his employment with Defendant in March 2003 as a Construction Superintendent. See Affidavit of Raymond Rowe, attached hereto as Exhibit 2. Throughout his employment, Plaintiff was the only black Construction Superintendent and the only Construction Superintendent of Jamaican national origin at Defendant. Id. at ¶ 3. In or about February 2004, Plaintiff was demoted to the position of General Laborer and took a pay cut. Id. at ¶¶ 5, 6. Plaintiff was told that he would be placed back into his position as Construction Superintendent once business picked up. Id. at ¶¶ 5. After Plaintiff was demoted, Defendant continued to hire and use white non-Jamaican individuals as Construction Superintendents during 2004, 2005 and 2006. Id. at ¶ 7.

12.    In or about May 2005, Plaintiff complained to Gary Poter, the owner of Defendant, about not being returned to the position of Construction Superintendent and that other newly hired Construction Superintendents were being paid more than him. Id. at ¶ 8. Although Plaintiff was later re-assigned to Construction Superintendent duties, he was not returned to his previous salary level. Id. at ¶ 9. Plaintiff complained to his supervisor, Costel Diaconu, that he was not making his regular salary despite being required to do the same work and that it was not right that he was making less money than his counterparts. Id. at ¶ 10. In or about April 2006, Plaintiff complained to Mr.

Poter that he was not being paid as much as other Construction Superintendents. Id. at ¶ 11.

13.    On June 26, 2006, Plaintiff was terminated from Defendant. Id. at 12.

14.    Poter retained white, non-Jamaican Construction Superintendents, including Stanley Swierbutowski, Bob Nowak, Todd Nipperkowski, Bill Sather and Toby (last name unknown). Id. at 13.

15.    As a Construction Superintendent, Plaintiff earned $2,038.46 every two weeks. Id. at ¶ 6. When Plaintiff was demoted to General Laborer, he earned $1,520.00 every two weeks during the period of February 2, 2004 through April 16, 2005. Id. For the period of April 17, 2005 through April 29, 2006, Plaintiff earned $1,600.00 every two weeks. Id. For the period of April 30, 2006 through June 26, 2006, Plaintiff earned $1,680.00 every two weeks. Id.

16.    Based on the above figures, Plaintiff lost $24,355.30 from the time of his demotion through his termination.

17.    Since his termination, Plaintiff has earned $70,365.00 in substitute employment.

18.    Since Plaintiff's termination, Plaintiff's net back pay losses through July 15, 2008 are $29,497.

19.    Plaintiff has suffered substantial emotional distress as a result of his termination by Defendant. Id. at 14. Section 1981 claims are not subject to the same damage caps as Title VII claims. Walker v. Abbott Labs, 340 F.3d 471, 474 (7th Cir. 2003).

20.     Plaintiff has incurred attorneys' fees and costs in bringing and prosecuting this matter. During the prosecution of the case, the Plaintiff has incurred 24.25 hours of attorney and paralegal time. Mr. Hollander incurred 2.75 hours at the rate of $425.00 per hour. Ms. Buck incurred 10.75 hours at the rate of $ 225.00 per hour. Mr. Ryan incurred 7 hours at the rate of $ 275.00 per hour. Paralegal Patte Howard incurred .5 hours of time at $120.00 per hour. Paralegal Aurelio Aguilar incurred 3.25 hours at the rate of $120.00 per hour. Plaintiff has incurred $388.79 in costs. The number of hours and hourly rates are fair, reasonable, and necessary to prosecute this action. See Exhibits 3, 4, and 5.

**WHEREFORE**, the Plaintiff, Raymond Rowe, respectfully prays for the entry of a default judgment against Defendant Poter Construction & Development Company, in the sum of $460,203.59, itemized as follows[2]:

a.     Back pay damages in the sum of $29,497.00.

b.     Lost wages for the period of February 2, 2004 through June 26, 2006 in the amount of $24,355.30.

c.     Compensatory damages in the sum of $200,000.

d.     Punitive damages in the sum of $200,000.

e.     Reasonable attorneys' fees in the sum of $5,962.50.

f.     Reasonable costs incurred in the sum of $388.79.

Respectfully submitted,

Plaintiff
Raymond Rowe

By:     s/ Paul W. Ryan
One of his attorneys

---

[2] Plaintiff has submitted a proposed Order, attached hereto as Exhibit 6.

Eugene K. Hollander
Paul W. Ryan
**The Law Offices of Eugene K. Hollander**
33 N. Dearborn
Suite 2300
Chicago, IL 60602
(312) 425-9100

## CERTIFIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a copy of the foregoing **Motion For Default Judgment** to be served upon the following by placing same, proper postage prepaid, in a U.S. Mail depository located at 33 N. Dearborn on this 16th day of July 2008 before 5:00 p.m.:

Poter Construction & Development Company
5440 N. Cumberland, # 301
Chicago, IL 60641
(last known address of Defendant)

Poter Construction & Development Company
c/o MS Registered Agent Services I
191 N. Wacker Drive, Ste. 1800
Chicago, IL 60606

s/ Paul W. Ryan____

# EXHIBIT 1

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Raymond Rowe

|  |  |
|---|---|
| CASE NUMBER: | 08 C 1362 |
| V. | |
| ASSIGNED JUDGE: | Marovich |
| Potter Construction & Development Company | |
| DESIGNATED MAGISTRATE JUDGE: | Nolan |

TO: (Name and address of Defendant)

Potter Construction & Development Company
c/o MS Registered Agent Services I
191 N. Wacker Drive, Ste. 1800
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Eugene Hollander
33 N. Dearborn, Suite 2300
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

3-10-2008

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/10/08 |
| NAME OF SERVER (PRINT) Aurelio Aguilar | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

Ⓖ  Other (specify): Corporation Served via Registered Agent @ 191 N. Wacker, STE. 1800 Chicago IL 60606

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/10/08
      Date

              Aurelio Aguilar
              Signature of Server

              33 N. Dearborn, STE 2300 Chicago IL 60002
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ROWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1362 |
| | ) | |
| POTER CONSTRUCTION & DEVELOPMENT, | ) | Judge Marovich |
| an Illinois corporation | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

## AFFIDAVIT OF RAYMOND ROWE

The Affiant, Raymond Rowe, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I began my employment with Poter Construction & Development ("Poter") in March 2003 as a Construction Superintendent.

2.      When I was hired, I had approximately 20 years of experience in the construction field.

3.      Throughout my employment, I was the only black Construction Superintendent and the only Construction Superintendent of Jamaican national origin at Poter.

4.      Gary Poter was Poter's owner.

5.      In or about February 2004, Mr. Poter told me that I would be temporarily removed from my position as a Construction Superintendent and used as a general laborer due to a slow down.  However, he also told me that I would be returned to the position of Construction Superintendent when business picked up.

6.      When I was demoted to the position of general laborer, my salary was decreased.  As a Construction Superintendent, I earned $2,038.46 every two weeks.

When I was demoted to General Laborer, I earned $1,520.00 every two weeks during the period of February 2, 2004 through April 16, 2005. For the period of April 17, 2005 through April 29, 2006, I earned $1,600.00 every two weeks. For the period of April 30, 2006 through June 26, 2006, I earned $1,680.00 every two weeks.

7.      After I was demoted, Poter continued to hire and use white non-Jamaican individuals as Construction Superintendents during 2004, 2005 and 2006.

8.      In or about May 2005, I complained to Mr. Poter about not being returned to the position of Construction Superintendent and that other newly hired Construction Superintendents were being paid more than me.

9.      Although I later resumed the duties of a Construction Superintendent, I was not returned to my previous salary level.

10.     At various times, I complained to my supervisor Costel Diaconu that I was not making my regular salary even though I was still required to do the same work. I told Mr. Diaconu that it was not right that I was making less money than my counterparts.

11.     In or about April 2006, I complained to Mr. Poter that I was not being paid as much as other Construction Superintendents.

12.     On June 26, 2006, I was terminated from Poter.

13.     Poter retained white, non-Jamaican Construction Superintendents, including Stanley Swierbutowski, Bob Nowak, Todd Nipperkowski, Bill Sather and Toby, whose last name I do not know.

14.     Poter's treatment of me caused me great embarrassment, humiliation and stress.

2

15.     Since my termination from Poter, I have worked at Degrazia Development Realty, Inc.  I worked at Degrazia from approximately January 2007 through February 2008.  I earned $70,365 at Degrazia.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of June 2008.

Raymond Rowe

# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RAYMOND ROWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No.    08 C 1362 |
| | ) |
| POTER CONSTRUCTION & DEVELOPMENT | )    Judge Marovich |
| COMPANY, an Illinois corporation, | ) |
| | )    Magistrate Nolan |
| Defendant. | ) |

## AFFIDAVIT OF EUGENE K. HOLLANDER

The affiant, Eugene K. Hollander, being duly sworn upon oath, deposes and states as follows:

1.      I am one of the Plaintiffs' attorneys in the above-captioned case.

2.      I have been a licensed attorney in the State of Illinois for over twenty (20) years. I was admitted to practice before this court in 1986, and the trial bar for the Northern District of Illinois in 1990. I was admitted to practice before the Seventh Circuit Court of Appeals on February 8, 1991. I was admitted to practice before the United States District Court for the Eastern District of Michigan on February 6, 2002. Additionally, I was admitted to the bar before the United States Supreme Court in 1999. I have been admitted *pro hac vice* before various courts including the Circuit Court of Walworth County, Wisconsin; Dane County, Wisconsin; Middlesex County, New Jersey; and Lake County, Indiana.

3.      I started my career as a Cook County Assistant State's Attorney. I was in that office from 1986 - 1988. After that, I worked at two small litigation firms. From January, 1993 – December, 1996, I was the Senior Litigation Associate at Marks, Marks

& Kaplan, Ltd. In December 1996, I opened my own firm. I am currently a sole proprietor practicing as The Law Offices of Eugene K. Hollander. I currently employ an associate attorney.

4.     My practice is in general civil litigation, with a concentration in employment claims, including, but not limited to, race discrimination claims brought pursuant to Title VII and § 1981, as well as retaliation claims. I represent both employees and employers in employment litigation. I currently actively litigate employment cases in the United States District Court for the Northern District of Illinois, the Circuit Court of Cook County, and the Illinois Human Rights Commission.

5.     I have tried cases to verdict in the United States District Court for the Northern District of Illinois, as well as in the Law Division, Chancery Division, Municipal Division and Criminal Division of the Circuit Court of Cook County, the Law Division of the Circuit Court of Lake County, Illinois, and Walworth County, Wisconsin.

6.     Among the employment cases I have tried to verdict are the matter of *Healy v. Axelrod*, an ERISA case, where I represented the employer. The matter was tried to verdict in December, 1995, before the Honorable Robert Gettleman. I also represented the Plaintiff in the case of *Sabynicz v. Xertrex International, Inc.*, No. 95 C 2656, before the Honorable Ann Williams in January, 1996. The *Sabynicz* case involved an age claim, and the jury returned a verdict of $206,000.00, where the Plaintiff's annual salary was only $22,000. I also tried a gender claim before the Illinois Human Rights Commission, *Bernicky v. Nations Banc*, Charge No.: 1995 CF 3506 in 2002. In June, 2004, I tried a retaliatory discharge case to verdict in the Circuit Court of Cook County, *Pietruszynski v. The McClier Corporation*, No. 03 L 6451. Prior to trial, I successfully

represented the Pietruszynski Plaintiffs on appeal, *Pietruszynski v. McClier Corp.*, 338 Ill. App.3d 58, 788 N.E.2d 82 (1st Dist. 2003). The Illinois Appellate Court decided an issue of first impression in the case concerning standing in retaliatory discharge cases. In February 2001, I tried the case of *Swiech v. Gottlieb Memorial Hospital*, No. 98 C 5749, an age and disability discrimination case. In *Swiech*, the jury returned a verdict of $1.45 million. The jury's verdict for compensatory damages was the highest for an ADA case in the Northern District of Illinois. I have also tried *Buffone v. Rosebud Restaurants*, No. 05 C 5551 in the Northern District of Illinois in 2006, a pregnancy discrimination case. In *Buffone,* the jury returned an underlying verdict of $380,000.00, with liquidated damages of $55,000.00 later awarded by Judge Conlon. In that case, Magistrate Judge Schenkier recommended fees be awarded to my firm in the amount of $148,000.00.

7.    I have also handled over twenty (20) appeals before the Illinois Appellate Court, and have prepared and argued three appeals before the Seventh Circuit Court of Appeals. Two of them, *Rios v. AT &T*, and *Magallanes v. SBC*, were employment cases.

8.    I am the author of *Employment Evidence*, © 2003 James Publishing Company, and its 2004 - 2008 supplements. The text was reviewed by the Honorable John M. Facciola, a district court judge, in 2003 Fed. Cts. L. Rev. 3. Additionally, I am a contributing author to *Illinois Motions in Limine,* Lane and Lee, © 2004 Litigation One Publishing. I have also authored an article, *The 10 Biggest Mistakes Physicians Make When Terminating an Employee*, for a text that was published by SEAK, Inc., in 2005. I have had two articles published by the Illinois Bar Journal: *"State Law Tort Claims – A New Weapon in Employment Discrimination Cases?"* (March, 2007), and *"Sexual Harassment: No More "Welcomeness" Defense Against Minors"* (September, 2007).

9.      I have lectured on various employment and civil practice topics. On April 25, 2001, on behalf of Lorman Educational Services, I lectured on "Writing the Employee Handbook In Illinois." On April 9, 2002, on behalf of the National Business Institute, I spoke on the topic of "Employment Discrimination Update In Illinois." More recently, I have lectured on "Keys to Effective Expert Examination" in 2003, and "Litigating Your First Civil Trial in Illinois" in 2004. I spoke at a seminar for the Wisconsin State Bar Association on July 22, 2004, "Evidence: More Than Just The Rules." The seminar focused in on a state record verdict for a case tried in Walworth County, WI in January 2004.

10.      I have been quoted by various periodicals on various employment issues. I have been quoted in the *Chicago Tribune* on April 27, 1996, March 23, 1997, March 3, 1999, and May 16, 1999; the *Chicago Sun-Times* on February 2, 1998; and the website of office.com on December 6, 1999. In 2003, I was recognized as a distinguished alumna from IIT-Chicago Kent College of Law. In 2007, I was featured on ABC Channel 7 news in a spotlight about the Pregnancy Discrimination Act.

11.      I am rated as an "AV" attorney by Martindale-Hubbell. I also have a Bar Register designation which are only given to 5% of Martindale-Hubbell rated attorneys. I have also been named as an Illinois Super Lawyer from 2005 - 2008 by the organization Law and Politics.

12.      I, and two attorneys employed by my firm, Paul W. Ryan and Erin Buck-Kaiser, diligently prosecuted the instant case. I also employed a paralegal over the last year to assist in the preparation of this case. We conducted an investigation of the facts and researched the applicable law. Attached hereto is a true and accurate statement

concerning my firm's costs on this case.   Additionally, my firm's attorneys and law clerks expended the following time on this matter:

### Attorneys

    A.  Eugene K. Hollander – 2.75 hours at $425.00 per hour;

    B.  Erin Buck Kaiser – 10.75 hours at $225.00 per hour

    C.  Paul W. Ryan – 7 hours at or $275.00 per hour

### Paralegal

    D.  Patte W. Howard – .5 hours at $120.00 per hour

    E.  Aurelio Aguilar – 3.25 hours at $120.00 per hour

13.    I am familiar with billable rates for attorneys with comparable experience in the Chicago Metropolitan area.   The rate of $425.00 is fair, customary and reasonable for attorneys with over twenty (20) years experience, with extensive trial and appellate court experience in the administrative, state and federal courts, as well as having teaching experience and who has been published. My total attorneys' fee of $1,168.75 was necessary, fair and reasonable to prosecute this case.

14.    Ms. Buck-Kaiser is a 2005 graduate of Loyola University Chicago School of Law.   Ms. Buck has jury trial experience.   Ms. Buck's hourly rate of $225.00 is fair, customary and reasonable for attorneys with equivalent experience.   Ms. Buck-Kaiser's attorney's fee of $2,418.75 was necessary, fair and reasonable to prosecute this case.

15.    Mr. Ryan is a 2004 graduate of Loyola University Chicago School of Law. Mr. Ryan has jury trial experience.   Mr. Ryan's hourly rate of $275.00 is fair, customary and reasonable for attorneys with equivalent experience.   Mr. Ryan's attorney's fee of $1,925.00 was necessary, fair and reasonable to prosecute this case.

16.    A paralegal's hourly rate of $120.00 per hour is fair, customary and reasonable. The total paralegal hours of 3.75 hours was necessary, fair and reasonable to prosecute this case, and the total fees of $450.00 was fair and reasonable.

17.    Attached hereto to this Affidavit is a true and accurate itemization of costs incurred and paid by The Law Offices of Eugene K. Hollander for the prosecution of the above-referenced case.

18.    The total attorneys' fees in the sum of $5,962.50, and costs of $388.79 is fair, necessary and reasonable for the prosecution of this case.

20.    If called to testify, I could competently testify as to the foregoing facts.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Eugene K. Hollander

SUBSCRIBED AND SWORN TO
before me this _22nd_ day of
_May_ , 2008.

_____
Notary Public

OFFICIAL SEAL
PAUL W RYAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/04/09

6

# Exhibit A

5/22/2008                    Law Offices of Eugene K. Hollander                    Page    1
8:13 AM                          Pre-bill Worksheet

---

Selection Criteria

---

| Activity (hand selec | Include: AP; Advise; Appraisal; Attendance; Autotr; Bond Fee; Conference; Copy Service; Correspondence; County Recorde; Court Appearanc; Court Filing; Depo. Cost; Deposition; Draft; Expert; Fax; FedEx; Hotel; JVR; LEXIS; Long Distance; Meals; Medical Record; Messenger; Mileage; Miscellaneous; Miscellaneous; No charge; Parking; Photocopies; Postage; Preparation; Process Servic; Research; Review; Revision; Sec. State; Subpoena; Subpoena Fee; Taxi; Telephone conf; Tolls; Witness Fees |
|---|---|
| Client (hand select) | Include: Rowe/Poter Construct |

---

Nickname          Rowe/Poter Construct | 826
Full Name         Raymond Rowe
Address           3040 8th Street
                  Waukegan IL 60085
Phone 1           847-693-9888          Phone 2
Phone 3                                 Phone 4
In Ref To         Rowe/Poter Construction
Fees Arrg.        By billing value on each slip
Expense Arrg.     By billing value on each slip
Tax Profile       Exempt
Last bill
Last charge       5/19/2008
Last payment                    Amount      $0.00

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/15/2006 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 48743 | Telephone conf | | | | |
| | Telephone conference with client re: status of case | | | | |
| 10/20/2006 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 49243 | Review | | | | |
| | Review records | | | | |
| 10/23/2006 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 49250 | Telephone conf | | | | |
| | Telephone conference with client re: status of case | | | | |
| 10/24/2006 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 49263 | Telephone conf | | | | |
| | Telephone conference with client re: average salary of superintendent and additional documents | | | | |
| 1/8/2007 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 50329 | Review | | | | |
| | Review documents provided by client | | | | |
| 2/1/2007 | EB | 225.00 | 0.75 | 168.75 | Billable |
| 50699 | Draft | | | | |
| | Draft EEOC charge for client; correspondence with client re: same | | | | |

5/22/2008                          Law Offices of Eugene K. Hollander
8:13 AM                                   Pre-bill Worksheet                              Page       2

Rowe/Poter Construct:Raymond Rowe (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/5/2007<br>50740 | EB<br>Telephone conf<br>Telephone conference with client re: EEOC (second attempt) | 225.00 | 0.25 | 56.25 | Billable |
| 2/6/2007<br>50752 | EB<br>Correspondence<br>Correspondence with client re: EEOC charge and contact | 225.00 | 0.50 | 112.50 | Billable |
| 2/12/2007<br>50869 | EB<br>Telephone conf<br>Telephone conference with client re: EEOC charge | 225.00 | 0.25 | 56.25 | Billable |
| 2/20/2007<br>50944 | EB<br>Conference<br>Conference with E. Hollander re: review EEOC charge; correspondence<br>EEOC re: charge for client | 225.00 | 0.50 | 112.50 | Billable |
| 2/21/2007<br>50995 | PH<br>Preparation<br>Preparation EEOC charge | 120.00 | 0.50 | 60.00 | Billable |
| 5/14/2007<br>52551 | EB<br>Correspondence<br>Correspondence with client re: EEOC status and no mediation | 225.00 | 0.50 | 112.50 | Billable |
| 6/20/2007<br>52996 | EB<br>Telephone conf<br>Telephone conference with client re: status of case; correspondence with<br>client re: EEOC investigation | 225.00 | 0.50 | 112.50 | Billable |
| 9/13/2007<br>54291 | EB<br>Telephone conf<br>Telephone conference with EEOC investigator re: status of charge and<br>rejection of mediation by respondent; correspondence client re: same | 225.00 | 0.50 | 112.50 | Billable |
| 11/2/2007<br>55103 | EB<br>Correspondence<br>Correspondence with client re: follow up on salary differential | 225.00 | 0.25 | 56.25 | Billable |
| 12/10/2007<br>55572 | EB<br>Correspondence<br>Correspondence with client re: status of case; correspondence with client<br>re: same | 225.00 | 0.50 | 112.50 | Billable |
| 12/11/2007<br>55592 | EB<br>Correspondence<br>Correspondence with client re: follow up and contact information | 225.00 | 0.25 | 56.25 | Billable |

Law Offices of Eugene K. Hollander
Pre-bill Worksheet

Page    3

Rowe/Poter Construct:Raymond Rowe (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/12/2007 55606 | EB Telephone conf Telephone conference with EEOC investigator re: status on charge | 225.00 | 0.25 | 56.25 | Billable |
| 1/21/2008 56027 | EB Telephone conf Telephone conference with client re: status of case; correspondence client re: same | 225.00 | 0.75 | 168.75 | Billable |
| 1/25/2008 56082 | EB Correspondence Correspondence with client re: EEOC communications | 225.00 | 0.25 | 56.25 | Billable |
| 1/28/2008 56092 | EB Correspondence Correspondence with EEOC re: right to sue; correspondence with client re: same | 225.00 | 0.50 | 112.50 | Billable |
| 2/15/2008 56348 | EB Correspondence Correspondence with client re: right to sue letter | 225.00 | 0.25 | 56.25 | Billable |
| 2/21/2008 56408 | EB Correspondence Correspondence with client re: status of right to sue letter | 225.00 | 0.25 | 56.25 | Billable |
| 3/5/2008 56654 | EB Draft Draft complaint | 225.00 | 2.00 | 450.00 | Billable |
| 3/10/2008 56685 | LA Preparation Preparation summons; had summons issued at Federal Court; served defendant and filed proof of service | 120.00 | 1.00 | 120.00 | Billable |
| 3/11/2008 56693 | LA Preparation Preparation and filed application for PWR | 120.00 | 0.50 | 60.00 | Billable |
| 3/13/2008 56720 | PR Conference Conference with client | 175.00 | 0.25 | 43.75 | Billable |
| 3/31/2008 56859 | LA Miscellaneous Checked court docket re: app/answer from Defendant Poter (20 days) | 120.00 | 0.25 | 30.00 | Billable |

5/22/2008
10:43 AM

Law Offices of Eugene K. Hollander
Pre-bill Worksheet

Page 4

Rowe/Poter Construct:Raymond Rowe (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/2/2008 | PR | 275.00 | 0.25 | 68.75 | Billable |
| 57004 | Conference |  |  |  |  |
|  | Conference with E. Hollander re: service on dissolved corps. |  |  |  |  |
| 4/3/2008 | LA | 120.00 | 1.00 | 120.00 | Billable |
| 57024 | Miscellaneous |  |  |  |  |
|  | Investigation of defendant Poter, which included visit to Secretary of State |  |  |  |  |
| 4/4/2008 | PR | 275.00 | 0.50 | 137.50 | Billable |
| 57031 | Miscellaneous |  |  |  |  |
|  | Investigation re: status of Poter Construction Co. |  |  |  |  |
| 4/25/2008 | PR | 275.00 | 1.50 | 412.50 | Billable |
| 57219 | Research |  |  |  |  |
|  | Research whether Poter has successor corps., research re: substitute<br>service on secretary of state |  |  |  |  |
| 4/29/2008 | PR | 275.00 | 0.50 | 137.50 | Billable |
| 57241 | Revision |  |  |  |  |
|  | Revision initial status report; filed same; letter to judge enclosing courtesy<br>copy |  |  |  |  |
| 4/29/2008 | LA | 120.00 | 0.50 | 60.00 | Billable |
| 57247 | Miscellaneous |  |  |  |  |
|  | Delivered courtesy copys of status report to judge |  |  |  |  |
| 2/20/2007 | EKH | 425.00 | 0.50 | 212.50 | Billable |
| 57357 | Conference |  |  |  |  |
|  | Conference with E. Buck re: charge filing |  |  |  |  |
| 4/2/2008 | EKH | 425.00 | 0.25 | 106.25 | Billable |
| 57358 | Conference |  |  |  |  |
|  | Conference with P. Ryan re: dissolved corporation |  |  |  |  |
| 5/15/2008 | EKH | 425.00 | 2.00 | 850.00 | Billable |
| 57359 | Preparation |  |  |  |  |
|  | Preparation affidavit for fee petition and conference P. Ryan re: same and<br>Motion to Default |  |  |  |  |
| 5/6/2008 | PR | 275.00 | 1.00 | 275.00 | Billable |
| 57360 | Court Appearanc |  |  |  |  |
|  | Court Appearance - initial status hearing |  |  |  |  |
| 5/19/2008 | PR | 275.00 | 3.00 | 825.00 | Billable |
| 57361 | Draft |  |  |  |  |
|  | Draft Rowe affidavit in support of default judgment; analysis file |  |  |  |  |

5/22/2008
10:43 AM

Law Offices of Eugene K. Hollander
Pre-bill Worksheet

Page    5

Rowe/Poter Construct:Raymond Rowe (continued)

|  |  | Amount | Total |
|---|---|---|---|
|  |  | 24.25 | $5,962.50 |
| TOTAL | Billable Fees |  |  |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/28/2007 51138 | EKH Photocopies Photocopies | 0.25 | 10.000 | 2.50 | Billable |
| 2/28/2007 51139 | EKH Messenger Messenger fees | 15.00 | 1.000 | 15.00 | Billable |
| 2/28/2007 51140 | EKH Postage Postage | 0.39 | 1.000 | 0.39 | Billable |
| 5/31/2007 52794 | EKH Photocopies Photocopies | 0.25 | 3.000 | 0.75 | Billable |
| 5/31/2007 52795 | EKH Postage Postage | 0.41 | 1.000 | 0.41 | Billable |
| 3/6/2008 56940 | EKH Court Filing USDC | 350.00 | 1.000 | 350.00 | Billable |
| 4/30/2008 57333 | EKH Photocopies Photocopies | 0.25 | 16.000 | 4.00 | Billable |
| 4/30/2008 57334 | EKH Messenger Messenger fees | 15.00 | 1.000 | 15.00 | Billable |
| 4/30/2008 57335 | EKH Postage Postage | 0.74 | 1.000 | 0.74 | Billable |

| TOTAL | Billable Costs |  |  |  | $388.79 |
|---|---|---|---|---|---|

5/22/2008
10:43 AM

Law Offices of Eugene K. Hollander
Pre-bill Worksheet

Page 6

Rowe/Poter Construct:Raymond Rowe (continued)

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable time slips | $5,962.50 | |
| Total of Fees (Time Charges) | | $5,962.50 |
| Costs Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable expense slips | $388.79 | |
| Total of Costs (Expense Charges) | | $388.79 |
| Total new charges | | $6,351.29 |
| New Balance | | |
| Current | $6,351.29 | |
| Total New Balance | | $6,351.29 |

# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ROWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1362 |
| | ) | |
| POTER CONSTRUCTION & DEVELOPMENT, | ) | Judge Marovich |
| an Illinois corporation | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

## <u>AFFIDAVIT OF PAUL W. RYAN</u>

The affiant, Paul W. Ryan, being duly sworn upon oath, deposes and states as follows:

1.     I am one of the Plaintiff's attorneys in the above captioned case.

2.     I am a 2000 graduate of the University of Michigan.

3.     I graduated from Loyola University Chicago School of Law in 2004.

4.     I was licensed to practice law in November 2004.

5.     I have been an associate attorney with The Law Offices of Eugene K. Hollander since May 16, 2005.  Prior to my employment with Mr. Hollander, I worked for Spellmire and Sommer as a law clerk.

6.     I practice in general civil litigation, with a concentration in employment discrimination.  I currently actively litigate employment cases in the United States District Court for the Northern District of Illinois, and the Circuit Court of Cook County.

7.     I have tried one jury case in the Circuit Court of Cook County, *Swiatek v. Kuhrt*, No. 00 L 6390.  I also tried a pregnancy discrimination and FMLA case, *Buffone v. Rosebud Restaurants*, No. 05 C 5551, in the Northern District of Illinois with Mr.

Hollander in 2006.  In *Buffone,* the jury returned an underlying verdict of $380,000.00, with liquidated damages of $55,000.00 later awarded by Judge Conlon.  In that case, Magistrate Judge Schenkier recommended fees be awarded to the firm in the amount of $148,000.00.

8.    Attached to the Petition for Attorney's Fees as **Exhibit A** is a true and accurate statement concerning my time expended on this matter, and my hourly rate.  As **Exhibit A** shows, I expended a total of 7 hours in this matter at a rate of $275 per hour.  My billable fees in connection with this case total $1,925.00.  The rate of $275.00 per hour is fair, customary and reasonable for attorneys with my background and experience.

9.    If called to testify, I could competently testify as to the foregoing facts.


FURTHER AFFIANT SAYETH NAUGHT.

_____
Paul W. Ryan


SUBSCRIBED AND SWORN TO
before me this _____ day of

_____, 2008.

_____
Notary Public

"OFFICIAL SEAL"
Logan Turner
Notary Public, State of Illinois
My Commission Exp. 12/30/2008

2

# Exhibit A

5/22/2008                    Law Offices of Eugene K. Hollander                        Page    1
8:13 AM                              Pre-bill Worksheet

---

Selection Criteria

---

| Activity (hand selec | Include: AP; Advise; Appraisal; Attendance; Autotr; Bond Fee; Conference; Copy Service; Correspondence; County Recorde; Court Appearanc; Court Filing; Depo. Cost; Deposition; Draft; Expert; Fax; FedEx; Hotel; JVR; LEXIS; Long Distance; Meals; Medical Record; Messenger; Mileage; Miscellaneous; Miscellaneous; No charge; Parking; Photocopies; Postage; Preparation; Process Servic; Research; Review; Revision; Sec. State; Subpoena; Subpoena Fee; Taxi; Telephone conf; Tolls; Witness Fees |
| Client (hand select) | Include: Rowe/Poter Construct |

---

| Nickname | Rowe/Poter Construct | 826 | |
|---|---|---|---|
| Full Name | Raymond Rowe | | |
| Address | 3040 8th Street | | |
| | Waukegan IL 60085 | | |
| Phone 1 | 847-693-9888 | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | Rowe/Poter Construction | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | | | |
| Last charge | 5/19/2008 | | |
| Last payment | | Amount | $0.00 |

---

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/15/2006 48743 | EB Telephone conf Telephone conference with client re: status of case | 225.00 | 0.25 | 56.25 | Billable |
| 10/20/2006 49243 | EB Review Review records | 225.00 | 0.50 | 112.50 | Billable |
| 10/23/2006 49250 | EB Telephone conf Telephone conference with client re: status of case | 225.00 | 0.25 | 56.25 | Billable |
| 10/24/2006 49263 | EB Telephone conf Telephone conference with client re: average salary of superintendent and additional documents | 225.00 | 0.25 | 56.25 | Billable |
| 1/8/2007 50329 | EB Review Review documents provided by client | 225.00 | 0.50 | 112.50 | Billable |
| 2/1/2007 50699 | EB Draft Draft EEOC charge for client; correspondence with client re: same | 225.00 | 0.75 | 168.75 | Billable |

5/22/2008                            Law Offices of Eugene K. Hollander
8:13 AM                                  Pre-bill Worksheet                                    Page        2

Rowe/Poter Construct:Raymond Rowe (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/5/2007<br>50740 | EB<br>Telephone conf<br>Telephone conference with client re: EEOC (second attempt) | 225.00 | 0.25 | 56.25 | Billable |
| 2/6/2007<br>50752 | EB<br>Correspondence<br>Correspondence with client re: EEOC charge and contact | 225.00 | 0.50 | 112.50 | Billable |
| 2/12/2007<br>50869 | EB<br>Telephone conf<br>Telephone conference with client re: EEOC charge | 225.00 | 0.25 | 56.25 | Billable |
| 2/20/2007<br>50944 | EB<br>Conference<br>Conference with E. Hollander re: review EEOC charge; correspondence<br>EEOC re: charge for client | 225.00 | 0.50 | 112.50 | Billable |
| 2/21/2007<br>50995 | PH<br>Preparation<br>Preparation EEOC charge | 120.00 | 0.50 | 60.00 | Billable |
| 5/14/2007<br>52551 | EB<br>Correspondence<br>Correspondence with client re: EEOC status and no mediation | 225.00 | 0.50 | 112.50 | Billable |
| 6/20/2007<br>52996 | EB<br>Telephone conf<br>Telephone conference with client re: status of case; correspondence with<br>client re: EEOC investigation | 225.00 | 0.50 | 112.50 | Billable |
| 9/13/2007<br>54291 | EB<br>Telephone conf<br>Telephone conference with EEOC investigator re: status of charge and<br>rejection of mediation by respondent; correspondence client re: same | 225.00 | 0.50 | 112.50 | Billable |
| 11/2/2007<br>55103 | EB<br>Correspondence<br>Correspondence with client re: follow up on salary differential | 225.00 | 0.25 | 56.25 | Billable |
| 12/10/2007<br>55572 | EB<br>Correspondence<br>Correspondence with client re: status of case; correspondence with client<br>re: same | 225.00 | 0.50 | 112.50 | Billable |
| 12/11/2007<br>55592 | EB<br>Correspondence<br>Correspondence with client re: follow up and contact information | 225.00 | 0.25 | 56.25 | Billable |

5/22/2008                    Law Offices of Eugene K. Hollander                    Page    3
8:13 AM                            Pre-bill Worksheet

Rowe/Poter Construct:Raymond Rowe (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 12/12/2007 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 55606 | Telephone conf | | | | |
| | Telephone conference with EEOC investigator re: status on charge | | | | |
| 1/21/2008 | EB | 225.00 | 0.75 | 168.75 | Billable |
| 56027 | Telephone conf | | | | |
| | Telephone conference with client re: status of case; correspondence client re: same | | | | |
| 1/25/2008 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 56082 | Correspondence | | | | |
| | Correspondence with client re: EEOC communications | | | | |
| 1/28/2008 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 56092 | Correspondence | | | | |
| | Correspondence with EEOC re: right to sue; correspondence with client re: same | | | | |
| 2/15/2008 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 56348 | Correspondence | | | | |
| | Correspondence with client re: right to sue letter | | | | |
| 2/21/2008 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 56408 | Correspondence | | | | |
| | Correspondence with client re: status of right to sue letter | | | | |
| 3/5/2008 | EB | 225.00 | 2.00 | 450.00 | Billable |
| 56654 | Draft | | | | |
| | Draft complaint | | | | |
| 3/10/2008 | LA | 120.00 | 1.00 | 120.00 | Billable |
| 56685 | Preparation | | | | |
| | Preparation summons; had summons issued at Federal Court; served defendant and filed proof of service | | | | |
| 3/11/2008 | LA | 120.00 | 0.50 | 60.00 | Billable |
| 56693 | Preparation | | | | |
| | Preparation and filed application for PWR | | | | |
| 3/13/2008 | PR | 175.00 | 0.25 | 43.75 | Billable |
| 56720 | Conference | | | | |
| | Conference with client | | | | |
| 3/31/2008 | LA | 120.00 | 0.25 | 30.00 | Billable |
| 56859 | Miscellaneous | | | | |
| | Checked court docket re: app/answer from Defendant Poter (20 days) | | | | |

5/22/2008                        Law Offices of Eugene K. Hollander
10:43 AM                              Pre-bill Worksheet                        Page      4

Rowe/Poter Construct:Raymond Rowe (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/2/2008 | PR | 275.00 | 0.25 | 68.75 | Billable |
| 57004 | Conference | | | | |
| | Conference with E. Hollander re: service on dissolved corps. | | | | |
| 4/3/2008 | LA | 120.00 | 1.00 | 120.00 | Billable |
| 57024 | Miscellaneous | | | | |
| | Investigation of defendant Poter, which included visit to Secretary of State | | | | |
| 4/4/2008 | PR | 275.00 | 0.50 | 137.50 | Billable |
| 57031 | Miscellaneous | | | | |
| | Investigation re: status of Poter Construction Co. | | | | |
| 4/25/2008 | PR | 275.00 | 1.50 | 412.50 | Billable |
| 57219 | Research | | | | |
| | Research whether Poter has successor corps., research re: substitute service on secretary of state | | | | |
| 4/29/2008 | PR | 275.00 | 0.50 | 137.50 | Billable |
| 57241 | Revision | | | | |
| | Revision initial status report; filed same; letter to judge enclosing courtesy copy | | | | |
| 4/29/2008 | LA | 120.00 | 0.50 | 60.00 | Billable |
| 57247 | Miscellaneous | | | | |
| | Delivered courtesy copys of status report to judge | | | | |
| 2/20/2007 | EKH | 425.00 | 0.50 | 212.50 | Billable |
| 57357 | Conference | | | | |
| | Conference with E. Buck re: charge filing | | | | |
| 4/2/2008 | EKH | 425.00 | 0.25 | 106.25 | Billable |
| 57358 | Conference | | | | |
| | Conference with P. Ryan re: dissolved corporation | | | | |
| 5/15/2008 | EKH | 425.00 | 2.00 | 850.00 | Billable |
| 57359 | Preparation | | | | |
| | Preparation affidavit for fee petition and conference P. Ryan re: same and Motion to Default | | | | |
| 5/6/2008 | PR | 275.00 | 1.00 | 275.00 | Billable |
| 57360 | Court Appearanc | | | | |
| | Court Appearance - initial status hearing | | | | |
| 5/19/2008 | PR | 275.00 | 3.00 | 825.00 | Billable |
| 57361 | Draft | | | | |
| | Draft Rowe affidavit in support of default judgment; analysis file | | | | |

5/22/2008                    Law Offices of Eugene K. Hollander           Page    5
10:43 AM                          Pre-bill Worksheet

Rowe/Poter Construct:Raymond Rowe (continued)

|  |  |  | Amount | Total |
|---|---|---|---|---|
| TOTAL | Billable Fees |  | 24.25 | $5,962.50 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/28/2007 51138 | EKH Photocopies Photocopies | 0.25 | 10.000 | 2.50 | Billable |
| 2/28/2007 51139 | EKH Messenger Messenger fees | 15.00 | 1.000 | 15.00 | Billable |
| 2/28/2007 51140 | EKH Postage Postage | 0.39 | 1.000 | 0.39 | Billable |
| 5/31/2007 52794 | EKH Photocopies Photocopies | 0.25 | 3.000 | 0.75 | Billable |
| 5/31/2007 52795 | EKH Postage Postage | 0.41 | 1.000 | 0.41 | Billable |
| 3/6/2008 56940 | EKH Court Filing USDC | 350.00 | 1.000 | 350.00 | Billable |
| 4/30/2008 57333 | EKH Photocopies Photocopies | 0.25 | 16.000 | 4.00 | Billable |
| 4/30/2008 57334 | EKH Messenger Messenger fees | 15.00 | 1.000 | 15.00 | Billable |
| 4/30/2008 57335 | EKH Postage Postage | 0.74 | 1.000 | 0.74 | Billable |

| TOTAL | Billable Costs |  |  |  | $388.79 |

5/22/2008                     Law Offices of Eugene K. Hollander
10:43 AM                            Pre-bill Worksheet                              Page      6

Rowe/Poter Construct:Raymond Rowe (continued)

---

### Calculation of Fees and Costs

|                                                        | Amount      | Total      |
|--------------------------------------------------------|-------------|------------|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. |             |            |
| Total of billable time slips                           | $5,962.50   |            |
| Total of Fees (Time Charges)                           |             | $5,962.50  |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. |             |            |
| Total of billable expense slips                        | $388.79     |            |
| Total of Costs (Expense Charges)                       |             | $388.79    |
| Total new charges                                      |             | $6,351.29  |
| New Balance<br>Current                                 | $6,351.29   |            |
| Total New Balance                                      |             | $6,351.29  |

# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAYMOND ROWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1362 |
| | ) | |
| POTER CONSTRUCTION & DEVELOPMENT, | ) | Judge Marovich |
| an Illinois corporation | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

<u>**AFFIDAVIT OF ERIN BUCK KAISER**</u>

The affiant, Erin Buck Kaiser, being duly sworn upon oath, deposes and states as follows:

1.    I was one of the Plaintiffs' attorneys in the above captioned case.

2.    I am a 2001 graduate of the University of Wisconsin.

3.    I graduated from Loyola University Chicago School of Law in 2005.

4.    I was licensed to practice law in November 2005.

5.    I was an associate attorney with The Law Offices of Eugene K. Hollander from August 2005 through March 7, 2008.  I am currently an associate with the firm of Best, Vanderlaan & Harrington in Chicago, Illinois.

6.    I practice in general civil litigation, with a concentration in employment discrimination.  I currently actively litigate employment cases in the United States District Court for the Northern District of Illinois, and the Circuit Court of Cook County.

7.    I have tried one jury case in the Circuit Court of Cook County, *Mahoney v. Leavitt*, 01 M2 2310, in September 2006.  I also tried a bench trial in the Circuit Court of Cook County in the matter of *McGill v. McGill*, No. 00 CH O5920 in June 2007.

8.      Attached to the Petition for Attorney's Fees as **Exhibit A** is a true and accurate statement concerning my time expended on this matter and my hourly rate.  As **Exhibit A** shows, I expended a total of 10.75 hours in this matter at a rate of $225 per hour.  My billable fees in connection with this case total $2,418.75.  The rate of $225 per hour is fair, customary and reasonable for attorneys with my background and experience.

9.      If called to testify, I could competently testify as to the foregoing facts.

FURTHER AFFIANT SAYETH NAUGHT.

Erin Buck Kaiser

SUBSCRIBED AND SWORN TO
before me this _22nd_ day of
_May_____, 2008.

Notary Public

```
OFFICIAL SEAL
PAUL W RYAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/04/09
```

# Exhibit A

5/22/2008                        Law Offices of Eugene K. Hollander                         Page     1
8:13 AM                              Pre-bill Worksheet

_____

                                      Selection Criteria
_____

Activity (hand selec    Include: AP; Advise; Appraisal; Attendance; Autotr; Bond Fee; Conference; Copy Service;
                        Correspondence; County Recorde; Court Appearanc; Court Filing; Depo. Cost; Deposition; Draft;
                        Expert; Fax; FedEx; Hotel; JVR; LEXIS; Long Distance; Meals; Medical Record; Messenger;
                        Mileage; Miscellaneous; Miscellaneous; No charge; Parking; Photocopies; Postage; Preparation;
                        Process Servic; Research; Review; Revision; Sec. State; Subpoena; Subpoena Fee; Taxi;
                        Telephone conf; Tolls; Witness Fees
Client (hand select)    Include: Rowe/Poter Construct
_____


Nickname              Rowe/Poter Construct | 826
Full Name             Raymond Rowe
Address               3040 8th Street
                      Waukegan IL 60085
Phone 1               847-693-9888              Phone 2
Phone 3                                         Phone 4
In Ref To             Rowe/Poter Construction
Fees Arrg.            By billing value on each slip
Expense Arrg.        By billing value on each slip
Tax Profile          Exempt
Last bill
Last charge          5/19/2008
Last payment                                   Amount      $0.00


| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/15/2006 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 48743 | Telephone conf | | | | |
| | Telephone conference with client re: status of case | | | | |
| 10/20/2006 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 49243 | Review | | | | |
| | Review records | | | | |
| 10/23/2006 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 49250 | Telephone conf | | | | |
| | Telephone conference with client re: status of case | | | | |
| 10/24/2006 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 49263 | Telephone conf | | | | |
| | Telephone conference with client re: average salary of superintendent and<br>additional documents | | | | |
| 1/8/2007 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 50329 | Review | | | | |
| | Review documents provided by client | | | | |
| 2/1/2007 | EB | 225.00 | 0.75 | 168.75 | Billable |
| 50699 | Draft | | | | |
| | Draft EEOC charge for client; correspondence with client re: same | | | | |

5/22/2008                          Law Offices of Eugene K. Hollander                    Page    2
8:13 AM                                  Pre-bill Worksheet

Rowe/Poter Construct:Raymond Rowe (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 2/5/2007 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 50740 | Telephone conf | | | | |
| | Telephone conference with client re: EEOC (second attempt) | | | | |
| 2/6/2007 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 50752 | Correspondence | | | | |
| | Correspondence with client re: EEOC charge and contact | | | | |
| 2/12/2007 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 50869 | Telephone conf | | | | |
| | Telephone conference with client re: EEOC charge | | | | |
| 2/20/2007 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 50944 | Conference | | | | |
| | Conference with E. Hollander re: review EEOC charge; correspondence | | | | |
| | EEOC re: charge for client | | | | |
| 2/21/2007 | PH | 120.00 | 0.50 | 60.00 | Billable |
| 50995 | Preparation | | | | |
| | Preparation EEOC charge | | | | |
| 5/14/2007 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 52551 | Correspondence | | | | |
| | Correspondence with client re: EEOC status and no mediation | | | | |
| 6/20/2007 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 52996 | Telephone conf | | | | |
| | Telephone conference with client re: status of case; correspondence with | | | | |
| | client re: EEOC investigation | | | | |
| 9/13/2007 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 54291 | Telephone conf | | | | |
| | Telephone conference with EEOC investigator re: status of charge and | | | | |
| | rejection of mediation by respondent; correspondence client re: same | | | | |
| 11/2/2007 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 55103 | Correspondence | | | | |
| | Correspondence with client re: follow up on salary differential | | | | |
| 12/10/2007 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 55572 | Correspondence | | | | |
| | Correspondence with client re: status of case; correspondence with client | | | | |
| | re: same | | | | |
| 12/11/2007 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 55592 | Correspondence | | | | |
| | Correspondence with client re: follow up and contact information | | | | |

5/22/2008
8:13 AM

Law Offices of Eugene K. Hollander
Pre-bill Worksheet

Page    3

Rowe/Poter Construct:Raymond Rowe (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/12/2007 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 55606 | Telephone conf | | | | |
| | Telephone conference with EEOC investigator re: status on charge | | | | |
| 1/21/2008 | EB | 225.00 | 0.75 | 168.75 | Billable |
| 56027 | Telephone conf | | | | |
| | Telephone conference with client re: status of case; correspondence client re: same | | | | |
| 1/25/2008 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 56082 | Correspondence | | | | |
| | Correspondence with client re: EEOC communications | | | | |
| 1/28/2008 | EB | 225.00 | 0.50 | 112.50 | Billable |
| 56092 | Correspondence | | | | |
| | Correspondence with EEOC re: right to sue; correspondence with client re: same | | | | |
| 2/15/2008 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 56348 | Correspondence | | | | |
| | Correspondence with client re: right to sue letter | | | | |
| 2/21/2008 | EB | 225.00 | 0.25 | 56.25 | Billable |
| 56408 | Correspondence | | | | |
| | Correspondence with client re: status of right to sue letter | | | | |
| 3/5/2008 | EB | 225.00 | 2.00 | 450.00 | Billable |
| 56654 | Draft | | | | |
| | Draft complaint | | | | |
| 3/10/2008 | LA | 120.00 | 1.00 | 120.00 | Billable |
| 56685 | Preparation | | | | |
| | Preparation summons; had summons issued at Federal Court; served defendant and filed proof of service | | | | |
| 3/11/2008 | LA | 120.00 | 0.50 | 60.00 | Billable |
| 56693 | Preparation | | | | |
| | Preparation and filed application for PWR | | | | |
| 3/13/2008 | PR | 175.00 | 0.25 | 43.75 | Billable |
| 56720 | Conference | | | | |
| | Conference with client | | | | |
| 3/31/2008 | LA | 120.00 | 0.25 | 30.00 | Billable |
| 56859 | Miscellaneous | | | | |
| | Checked court docket re: app/answer from Defendant Poter (20 days) | | | | |

5/22/2008                          Law Offices of Eugene K. Hollander                    Page    4
10:43 AM                                Pre-bill Worksheet

Rowe/Poter Construct:Raymond Rowe (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|------------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 4/2/2008 | PR | 275.00 | 0.25 | 68.75 | Billable |
| 57004 | Conference | | | | |
| | Conference with E. Hollander re: service on dissolved corps. | | | | |
| 4/3/2008 | LA | 120.00 | 1.00 | 120.00 | Billable |
| 57024 | Miscellaneous | | | | |
| | Investigation of defendant Poter, which included visit to Secretary of State | | | | |
| 4/4/2008 | PR | 275.00 | 0.50 | 137.50 | Billable |
| 57031 | Miscellaneous | | | | |
| | Investigation re: status of Poter Construction Co. | | | | |
| 4/25/2008 | PR | 275.00 | 1.50 | 412.50 | Billable |
| 57219 | Research | | | | |
| | Research whether Poter has successor corps., research re: substitute service on secretary of state | | | | |
| 4/29/2008 | PR | 275.00 | 0.50 | 137.50 | Billable |
| 57241 | Revision | | | | |
| | Revision initial status report; filed same; letter to judge enclosing courtesy copy | | | | |
| 4/29/2008 | LA | 120.00 | 0.50 | 60.00 | Billable |
| 57247 | Miscellaneous | | | | |
| | Delivered courtesy copys of status report to judge | | | | |
| 2/20/2007 | EKH | 425.00 | 0.50 | 212.50 | Billable |
| 57357 | Conference | | | | |
| | Conference with E. Buck re: charge filing | | | | |
| 4/2/2008 | EKH | 425.00 | 0.25 | 106.25 | Billable |
| 57358 | Conference | | | | |
| | Conference with P. Ryan re: dissolved corporation | | | | |
| 5/15/2008 | EKH | 425.00 | 2.00 | 850.00 | Billable |
| 57359 | Preparation | | | | |
| | Preparation affidavit for fee petition and conference P. Ryan re: same and Motion to Default | | | | |
| 5/6/2008 | PR | 275.00 | 1.00 | 275.00 | Billable |
| 57360 | Court Appearanc | | | | |
| | Court Appearance - initial status hearing | | | | |
| 5/19/2008 | PR | 275.00 | 3.00 | 825.00 | Billable |
| 57361 | Draft | | | | |
| | Draft Rowe affidavit in support of default judgment; analysis file | | | | |

5/22/2008                    Law Offices of Eugene K. Hollander                    Page        5
10:43 AM                          Pre-bill Worksheet

Rowe/Poter Construct:Raymond Rowe (continued)

|  |  |  |  | Amount | Total |
|---|---|---|---|---|---|
| TOTAL | Billable Fees |  |  | 24.25 | $5,962.50 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/28/2007 51138 | EKH Photocopies Photocopies | 0.25 | 10.000 | 2.50 | Billable |
| 2/28/2007 51139 | EKH Messenger Messenger fees | 15.00 | 1.000 | 15.00 | Billable |
| 2/28/2007 51140 | EKH Postage Postage | 0.39 | 1.000 | 0.39 | Billable |
| 5/31/2007 52794 | EKH Photocopies Photocopies | 0.25 | 3.000 | 0.75 | Billable |
| 5/31/2007 52795 | EKH Postage Postage | 0.41 | 1.000 | 0.41 | Billable |
| 3/6/2008 56940 | EKH Court Filing USDC | 350.00 | 1.000 | 350.00 | Billable |
| 4/30/2008 57333 | EKH Photocopies Photocopies | 0.25 | 16.000 | 4.00 | Billable |
| 4/30/2008 57334 | EKH Messenger Messenger fees | 15.00 | 1.000 | 15.00 | Billable |
| 4/30/2008 57335 | EKH Postage Postage | 0.74 | 1.000 | 0.74 | Billable |

| TOTAL | Billable Costs |  |  |  | $388.79 |
|---|---|---|---|---|---|

Law Offices of Eugene K. Hollander
Pre-bill Worksheet

Page        6

Rowe/Poter Construct:Raymond Rowe (continued)

---

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. |  |  |
| Total of billable time slips | $5,962.50 |  |
| Total of Fees (Time Charges) |  | $5,962.50 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. |  |  |
| Total of billable expense slips | $388.79 |  |
| Total of Costs (Expense Charges) |  | $388.79 |
| Total new charges |  | $6,351.29 |
| New Balance<br>Current | $6,351.29 |  |
| Total New Balance |  | $6,351.29 |

# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAYMOND ROWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1362 |
| | ) | |
| POTER CONSTRUCTION & DEVELOPMENT, | ) | Judge Marovich |
| an Illinois corporation | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

**ORDER**

This matter coming before this Court on Plaintiff's Motion For Default Judgment,

IT IS HEREBY ORDERED:

1.    Plaintiff's Motion For Default Judgment is GRANTED.

2.    Judgment for the Plaintiff is entered in the total sum of $460,203.59,

itemized as follows:

        a.    Back pay damages in the sum of $29,497.

        b.    Lost wages for the period of February 2, 2004 through June 26, 2006 in the amount of $24,355.30.

        c.    Compensatory damages in the sum of $200,000.

        d.    Punitive damages in the sum of $200,000.

        e.    Reasonable attorneys' fees and paralegal fees in the sum of $5,962.50, itemized as follows:

                i.    Eugene K. Hollander:  $1,168.75 (2.75 hours at an hourly rate of $425.00 per hour).

                ii.    Paul W. Ryan:  $1,925.00 (7 hours at an hourly rate of $275.00 per hour).

      iii.    <u>Erin E. Buck</u>:  $2,418.75 (10.75 hours at an hourly rate of $225.00 per hour)

      iv.    <u>Patte Howard (paralegal)</u>:  $60.00 (.5 hours at an hourly rate of $120.00 per hour).

      v.    <u>Aurelio Aguilar (paralegal)</u>:  $390 (3.25 hours at an hourly rate of $120.00).

    f.    Reasonable costs incurred in the sum of $388.79.

Dated: _____    Entered: _____

                        Judge George M. Marovich