UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ROWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1362 |
| | ) | |
| POTER CONSTRUCTION & DEVELOPMENT, | ) | Judge Marovich |
| an Illinois corporation | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

**AMENDED NOTICE OF MOTION**

To:   Poter Construction & Development Company
5440 N. Cumberland, # 301
Chicago, IL 60641
(last known address of Defendant)

Poter Construction & Development Company
c/o MS Registered Agent Services I
191 N. Wacker Drive, Ste. 1800
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on Tuesday, August 12, 2008, at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable George M. Marovich in Courtroom 1944-C, 219 S. Dearborn, Chicago, Illinois and present the **Plaintiff's Motion For Default Judgment**, a copy of which was previously served upon you.

Respectfully submitted,
Raymond Rowe,

By:   s/ Paul W. Ryan
One of his attorneys

Eugene K. Hollander
Paul W. Ryan
**The Law Offices of Eugene K. Hollander**
33 N. Dearborn, Suite 2300
Chicago, IL 60602
(312) 425-9100

2

## CERTIFIFICATE OF SERVICE

      The undersigned, an attorney, certifies that he caused a copy of the foregoing **Amended Notice of Motion** to be served upon the following by placing same, proper postage prepaid, in a U.S. Mail depository located at 33 N. Dearborn on this 24th day of July 2008 before 5:00 p.m.:

      Poter Construction & Development Company
      5440 N. Cumberland, # 301
      Chicago, IL 60641
      (last known address of Defendant)

      Poter Construction & Development Company
      c/o MS Registered Agent Services I
      191 N. Wacker Drive, Ste. 1800
      Chicago, IL 60606

                                        s/ Paul W. Ryan\_\_\_