## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Raymond Rowe

                                      Plaintiff,

v.                                            Case No.: 1:08−cv−01362
                                                      Honorable George M. Marovich

Poter Construction & Development Company

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held on 8/21/2008 regarding Plaintiff's motion for default judgment[12]. Counsel for Plaintiff present. No appeared on behalf of defendant.Prove − up hearing set for 9/11/2008 at 09:30 a.m. as to Plaintiff's motion for default judgment [12].Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.