# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Raymond Rowe

                                        Plaintiff,

v.                                                      Case No.: 1:08–cv–01362
                                                        Honorable George M. Marovich

Poter Construction & Development
Company

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

    MINUTE entry before the Honorable Nan R. Nolan:At counsel's telephonic request, prove up hearing set for 09/11/08 is stricken and reset for 09/23/08 at 9:30 a.m. No appearance is required on 09/11/08.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.